IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Buchanan, Michelle L

Printed: 11/11/08

Case Number: 08 B 16862
Judge: Hollis, Pamela S
Filed: 6/30/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: September 29, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 0.00 |
| 2. | Monterey Collection Service | Secured | 500.00 | 0.00 |
| 3. | Americredit Financial Ser Inc | Secured | 15,156.00 | 0.00 |
| 4. | Internal Revenue Service | Priority | 12,366.00 | 0.00 |
| 5. | Americredit Financial Ser Inc | Unsecured | 1,501.85 | 0.00 |
| 6. | Resurgent Capital Services | Unsecured | 681.59 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 675.12 | 0.00 |
| 8. | Chicago Patrolmen's Fed Credit Union | Unsecured | 383.74 | 0.00 |
| 9. | Internal Revenue Service | Unsecured | 980.06 | 0.00 |
| 10. | Debt Credit Service | Unsecured |  | No Claim Filed |
| 11. | Hyundai Motor Finance | Unsecured |  | No Claim Filed |
| 12. | M3 Financial Services | Unsecured |  | No Claim Filed |
| 13. | MRSI | Unsecured |  | No Claim Filed |
| 14. | Victor Zeck | Unsecured |  | No Claim Filed |
| 15. | Medical Collections | Unsecured |  | No Claim Filed |
| 16. | Medical Collections | Unsecured |  | No Claim Filed |
| 17. | National Quick Cash | Unsecured |  | No Claim Filed |
|  |  |  | $ 35,708.36 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Buchanan, Michelle L

Printed: 11/11/08

Case Number:  08 B 16862
Judge:  Hollis, Pamela S
Filed:  6/30/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

